JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALINA ALCARAZ, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMAZON RETAIL LLC and DOES 1 through 25,<br><br>        Defendant. | Case No. 2:23-cv-02289-DSF-E<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL (FRCP 41(a))**<br><br>The Hon. Dale S. Fischer<br><br>Complaint Filed:  February 24, 2023<br>Trial Date:            July 16, 2024 |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING STIPULATION FOR DISMISSAL (FRCP 41(a)) –
Case No. 2:23-cv-02289-DSF-E

43458\16382133.1

1  Pursuant to the stipulation of the parties under Federal Rule of Civil
2  Procedure 41(a)(1)(ii),
3  **IT IS HEREBY ORDERED**,
4  **THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH**
5  **PREJUDICE** as to all claims, causes of action, and parties, with each party bearing
6  that party's own attorney's fees and costs.
7  **IT IS SO ORDERED**.

9  DATED:  September 15, 2023

   _____
   Dale S. Fischer
   United States District Judge

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING STIPULATION FOR DISMISSAL (FRCP 41(a)) – Case No. 2:23-cv-02289-DSF-E

2

43458\16382133.1